Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00084-CV

## IN RE FRUCTUOSO SAN MIGUEL

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   February 18, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

In this original mandamus proceeding, relator Fructuoso San Miguel complains of the trial court's order granting the City of Laredo's motion to dismiss two individual defendants under Texas Civil Practice and Remedies Code section 101.106(e). To be entitled to mandamus relief, a relator must show the trial court clearly abused its discretion and the relator has no adequate remedy at law. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992). The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought because he has an adequate remedy by appeal. *See Tex. Bay Cherry Hill, L.P. v. City of Fort Worth*, 257 S.W.3d 379, 396-97 (Tex. App.—Fort Worth 2008, no

---

[1] This proceeding arises out of Cause No. 2008-CVF-000993-D3, styled *Fructuoso San Miguel v. The City of Laredo, Raul Salinas, Individually, and Carlos Villarreal, Individually*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma Teresa Salinas Ender presiding.

pet.) (considering an appeal from an order dismissing an employee from the suit under Texas Civil Practice and Remedies Code section 101.106(e)). Accordingly, relator's petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM